# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 FEB 10 PM 12: 58
CLERK C. Robinson
SO. DIST. OF GA.

| | |
|---|---|
| CARL GRIER, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:18-cv-58 |
| v. | * |
| DAMON HININGER, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 20, to which objections have been filed, dkt. no. 21. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff in forma pauperis status on appeal.

**SO ORDERED**, this 10 day of February, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)